THE PEOPLE OF THE STATE OF NEW YORK ex rel. 290 PARK AVENUE, INC., Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents.

Argued January 14, 1954; decided May 20, 1954.

*Philip S. McNally* and *Irving M. Engel* for appellant.

*Denis M. Hurley, Corporation Counsel* (*James J. McGowan* and *Morris Handel* of counsel), for respondents.

Order modified so as to reverse that portion thereof which reversed the findings of land value made by Special Term for the tax years 1947–48 through 1951–52 and made new findings as to those tax years; as to those tax years the findings of land value by Special Term should be reinstated; as so modified, the order of the Appellate Division is affirmed, with costs. The ground of such modification is that the weight of evidence favors the findings by Special Term as to land value for the tax years 1947–48 through 1951–52. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.